U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 16 2011

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DANIEL FARRIS,

    Plaintiff,

v.                              CIVIL ACTION NO. 11-4042

NCO FINANCIAL SYSTEMS, INC,

    Defendant.

## COMPLAINT AND DEMAND FOR JURY TRIAL

DANIEL FARRIS (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC., (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Arkansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in De Queen, Sevier County, Arkansas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a corporation with its headquarters located in Cleveland, Ohio.

## FACTUAL ALLEGATIONS

10. During November of 2010, Defendant started constantly and continuously placing collection calls to Plaintiff seeking payment for an allegedly 10 year old debt.

11. Defendant placed collection calls to Plaintiff's home phone number from telephone number 504-838-8053, two to three (2-3) times per day, on a virtual daily basis.

12. On one date Defendant called Plaintiff's home phone requesting payment for the alleged debt five (5) times in one day.

13. Defendant continued to contact Plaintiff multiple times per day through January of 2011.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt; and

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and

harass Plaintiff.

WHEREFORE, Plaintiff, DANIEL FARRIS, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

17. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated:   05/11/11

*Shireen Hormozdi*
Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
shormozdi@consumerlawcenter.com
Phone: (323) 988-2400  x 267
Fax: (866) 861-1390

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DANIEL FARRIS, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARKANSAS

Plaintiff, DANIEL FARRIS, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, DANIEL FARRIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

5 May 2011
Date

DANIEL FARRIS