### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

DANIEL FARRIS                                                        PLAINTIFF

VS.                              No.: 11-4042

NCO FINANCIAL SYSTEMS, INC.                           DEFENDANT

### SATISFACTION OF JUDGMENT

NOW INTO COURT COMES Plaintiff and Judgment Creditor Daniel Farris, through his undersigned counsel, and hereby represents and certifies to the Court that the Judgment entered by the Clerk in the above-captioned civil action, being in favor of Plaintiff and against Defendant NCO Financial Systems, Inc. in the agreed amount of Five Hundred and No/100 Dollars ($500.00) as statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, and in the further agreed amount of Two Hundred and No/100 Dollars ($200.00) as actual damages, plus Plaintiff's costs in the agreed amount of Four Hundred Ten and No/100 Dollars ($410.00), plus plaintiff's attorneys' fees in the amount of Two Thousand Ten and No/100 Dollars ($2,010.00), as decided by the Court in its Order of November 8, 2011, has been fully satisfied by Defendant, and the Clerk shall record the same.

                                                                Respectfully Submitted,

Dated:  November 21, 2011.          /s/ Shireen Hormozdi
                                                  Shireen Hormozdi, Esq.
                                                  Attorney for Plaintiff
                                                  Krohn & Moss, Ltd.
                                                  10474 Santa Monica Blvd., Suite 401
                                                  Los Angeles, CA  90025
                                                  shormozdi@consumerlawcenter.com
                                                  Phone:  (323) 988-2400 x267
                                                  Fax:  (866) 861-1390

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2011 a true and correct copy of the foregoing ***Satisfaction of Judgment*** was served on all counsel of record via the Court's CM/ECF system.

      Keith McPherson (Bar #91194)
      Attorney for Defendant
      Laser Law Firm, P.A.
      101 Spring Street, Suite 300
      Little Rock, AR  72201
      (501) 376-2981
      Kmcpherson@laserlaw.com

                                          By:  /s/ Shireen Hormozdi
                                               Shireen Hormozdi